Ksenia Pavlova, D.O., as Assignee of Cazeau, Rene, Appellant, 
against
American Transit Ins. Co., Respondent. 




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Office of Daniel J. Tucker (Joshua M. Goldberg of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Mary V. Rosado, J.), entered April 7, 2017. The order denied plaintiff's motion for summary judgment and granted the branch of defendant's cross motion seeking to hold the proceeding in abeyance pending a determination by the Workers' Compensation Board of the parties' rights under the Workers' Compensation Law.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross-moved for summary judgment dismissing the complaint or, in the alternative, to hold the action in abeyance pending an application to the Workers' Compensation Board to determine the parties' rights under the Workers' Compensation Law based upon plaintiff's assignor's alleged eligibility for workers' compensation benefits. By order entered April 7, 2017, the Civil Court granted the branch of defendant's cross motion seeking to hold the action in abeyance. Plaintiff appeals.
For the reasons stated in Quality Health Prod., Inc., as Assignee of Jean Louis v American Tr. Ins. Co. (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-2139 K C], decided herewith), the order is affirmed.
PESCE, P.J., ALIOTTA and SIEGAL, JJ., concur. 
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 29, 2019